# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:26-cv-02576-JDE | Date | November 12, 2026 |
| Title | Meriah Gardea v. Angel Rodriguez-Jimenez, et al. | | |

| | |
|---|---|
| Present: The Honorable | John D. Early, United States Magistrate Judge |

| | |
|---|---|
| Amber Rodriguez | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:** (In Chambers) Order to Show Cause re Supplemental Jurisdiction

On September 11, 2026, Meriah Gardea ("Plaintiff") filed a Complaint asserting claims under the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12131 et seq., California's Unruh Civil Rights Act, Cal. Civ. Code §§ 51-53, California's Disabled Persons Act, Cal. Civ. Code § 54 et seq., and Negligence under California common law. Dkt. 1. The Court possesses only supplemental jurisdiction over state law claims. See 28 U.S.C. § 1367(a).

The supplemental jurisdiction statute "reflects the understanding that, when deciding whether to exercise supplemental jurisdiction, 'a federal court should consider and weigh in each case, and at every stage of the litigation, the values of judicial economy, convenience, fairness, and comity.'" City of Chicago v. Int'l Coll. of Surgeons, 522 U.S. 156, 173 (1997) (emphasis added) (quoting Carnegie-Mellon Univ. v. Cohill, 484 U.S. 343, 350 (1988)).

Based on the relevant authority governing the exercise of supplemental authority, including Arroyo v. Rosas, 19 F.4th 1202 (9th Cir. 2021) and Vo v. Choi, 49 F.4th 1167 (9th Cir. 2022), the Court ORDERS Plaintiff to show cause in writing within 7 days from the date of this Order why this Court should exercise supplemental jurisdiction over the state law claims asserted in the Complaint.

Failure to comply with this Order may result in the Court sua sponte denying supplemental jurisdiction over state law claims and/or dismissal of this action for failure to prosecute and failure to comply with a Court order. See Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

Initials of Courtroom Deputy ARO