# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:26-cv-02576-JDE | Date | November 23, 2026 |
| Title | Meriah Gardea v. Angel Rodriguez-Jimenez, etc., et al. | | |

| | |
|---|---|
| Present: The Honorable | John D. Early, United States Magistrate Judge |

| | |
|---|---|
| Amber Rodriguez | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:** (In Chambers) Order to Show Cause re Failure to Prosecute

Meriah Gardea ("Plaintiff") filed the Complaint in this action on September 11, 2026, naming two defendants, Angel Rodriguez-Jimenez, doing business as Raspados Mama Rosa ("Rodriguez-Jimenez") and Nikiforos Valaskantjis as Trustee of the Valaskantjis Trust ("Valaskantjis") (collectively, "Defendants"). Dkt. 1 ("Complaint"). Plaintiff filed proofs of service of process purporting to reflect service upon Rodriguez-Jimenez on September 28, 2026, and upon Valaskantjis on October 2, 2026. Dkt. 8, 9. Without making any finding as to the validity of service, facially, the time for Defendants to respond to the Complaint based on the proofs of service has passed and neither of the Defendants has appeared. Plaintiff sought and obtained a Clerk's Entry of Default as to Valaskantjis but has not sought a default judgment as to that defendant. Plaintiff has not sought entry of default as to Rodriguez-Jimenez.

Plaintiff has an obligation to prosecute this action in a timely manner. See generally Fed. R. Civ. P. 1, 41(b). As a result, Plaintiff is ORDERED TO SHOW CAUSE in writing within 14 days from the date of this Order why this action should not be dismissed as to Valaskantjis for failure to prosecute for Plaintiff's failure to move for a default judgment against and dismissed as to Rodriguez-Jimenez for failure to seek entry of default in a timely manner. Plaintiff may comply with this Order by filing, within 14 days: (1) a fully supported Motion for Default Judgment against Valaskantjis and a fully supported Request for Entry of Default against Rodriguez-Jimenez; or (2) a Notice of Dismissal of the action. Further, if Defendants file appropriate appearances, including filing an Answer, request to vacate default, or other appropriate response within 14 days, Plaintiff need take no further action as to comply with this Order. Failure to file a timely, complaint response required by this Order may result in an order of dismissal as to either or both Defendants for failure to prosecute under Rule 41(b)(1) without further notice.

IT IS SO ORDERED.

Initials of Courtroom Deputy: ARO